| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Albert, Theodor C. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>5/3/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>411 W. Fourth Street<br>Santa Ana, CA 92701-4593<br>ste. 5085 | | |

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | U.S. Government salary | $160,000.00 |
| 2. 2011 | Chapman University Law School | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | salary Griffin & Griffin |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | 5-20 to 5-22, 2011 | Conference in Squaw Valley, CA. | State Forum conference | registration, lodging two nights and some meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card balance | K |
| 2. | American Express | credit card balance | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 5/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Georgia Dover Ed. Trust | A | Dividend | K | T | Redeemed (part) | 12/26/11 | J | A | Learning Quest Acct. |
| 2. Gerogia Dover Ed. trust | A | Dividend | K | T | | | | | |
| 3. County of Ventura 401k | A | Dividend | | | Distributed | 12/30/11 | L | A | rollover to IRA, acct.#7 |
| 4. IRA (x) see part VIII below | A | Dividend | J | T | | | | | |
| 5. Bank of america checking | A | Interest | J | T | | | | | |
| 6. Griffin & Griffin 401k | C | Interest | K | T | | | | | |
| 7. IRA Wells Fargo Advisors | A | Int./Div. | L | T | Open | 12/30/11 | J | | |
| 8. Wells Fargo Advisors | D | Int./Div. | M | T | Open | 07/17/11 | M | | inheritance |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments cont.    Items 1 and 2 Gerogia Dover Educational trusts are invested in Washington Mutual Investor's Fund administered by Learning Quest
Item #3: County of Ventura 401k invested in Fidelity Magellan Fund, FID Canada, FID Cap. and Income, FID Contrafund, FID Equity Income, FID Intl. Discover, FID Mid Cap Stock, FID Real Est. Ins., FPA Crescent, Janus    Balanced Fund, Spartan US Eq. Index, WA Small Cap. Val z and PIMCO Small Cap was rolled over to an IRA for Deborah administered by Wells Fargo Advisors now shown as #7.

Item #4 invested in American Mutual Fund Class A. negligible balance.  (x)This represents cosolidation of two items reported on the 2008 report at VII lines 5 +6 ▮▮▮▮▮▮▮▮▮ . for ▮▮▮▮▮▮ , deceased IRA" and " ▮▮▮▮ as     benef. of 457 plan of ▮▮▮▮▮▮ dec." These were inherited by ▮▮▮▮ upon ▮▮▮ ▮▮▮ death and the account still shows as an "IRA" although, technically, it is not held as an individual retirement account by ▮▮▮▮ . The balance is negligible.

Item #6  Griffin&Griffin 401k maintained by ▮▮▮▮▮ former employer

Item #7 Wells Fargo Advisors:  this IRA account was the destination of the rollover of account #3 above, County of Ventura 401k

Item #8  Wells Fargo Advisors: this account is comprised of investments inherited from ▮▮▮▮▮▮ who died in 2011. Included are stocks: Alpha Pro Tech LTD, BP PLC Spons ADR, Darden Restaurants, Frontier Comm. Corp.,   General Electirc corp., New York Community BancorpMorgan Stanley Fix/float CPI note, government bonds shown as US Treasury Bond Indx Inflat., and the following Mutual Funds: Aberdeen Asia Pacific, Morgan Stanley Emerging   Market, Eaton Vance Tax Managed Global Buy-write Opp. Fund, Federate Enhanced Treas. Income Fund, Gabelli Dividend & Income Trust and Blackrock Enhanced Gov. Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Theodor C. Albert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544